In re: William Larnell ECKLES, Jr., Petitioner.

No. 14–1479.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 28, 2014.

William Larnell Eckles, Jr., Petitioner Pro Se.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Larnell Eckles, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 18 U.S.C. § 3582(c)(2) (2012) motion. He seeks an order from this court directing the district court to act. We find that the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*

In re: Jamal BULLOCK, Petitioner.

No. 14–1524.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2014.

Decided: July 28, 2014.

Jamal Bullock, Petitioner Pro Se.

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal Bullock petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 (2012) petition. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition without prejudice to Bullock's right to file another petition if the district court does not act expeditiously on his pending petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*